IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :Date Notice : 2/24/14
         vs.
                                      :CRIMINAL NO. 14-71
EDWARD CAPICCHIONI
440 Briarwood Road
Massapequa, NY 11758

                   NOTICE   OF   ARRAIGNMENT

l.  TAKE NOTICE that you have been charged in an indictment by
the Grand Jury, a copy of which is enclosed.

2.  YOU ARE notified to appear for an Initial Hearing on the
indictment before United States Magistrate Judge Henry S. Perkin
on THURSDAY, MARCH 20, 2014, at 9:30 AM in COURTROOM 4A, Edward
N. Cahn Courthouse, 504 W. Hamilton Street, 4th Fl., Allentown,
PA l8l0l

3.  If you fail to appear at the arraignment pursuant to this
notice, you will be subject to arrest by the United States
Marshal.

5.  Please consult with your attorney before the date fixed for
arraignment.

NOTE:  If you do not have any attorney and cannot afford to hire
one, call Helen A. Nicholas, Deputy Clerk at 610-391-7025
immediately and an attorney will be appointed for you by the
Court.

                        This Case Has Been Assigned to:
                        Honorable JAMES KNOLL GARDNER
                        For information communicate with
                        Courtroom Deputy Helen A. Nicholas
                        610-391-7025
Notice to:
Defendant -440 Briarwood Road, Massapequa, NY 11758
Defense Counsel – Adrian Diluzio, 200 Old Country Rd., Ste. 590,
Mineola, NY
United States Attorney – Daniel A. Velez, Esq.
United States Marshal - 610-433-4307
Pretrial Services